# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1113
Lower Tribunal No. 18-12194

_____

**Paulo Cesar Mantegazza Pomelli, et al.,**
Appellants,

vs.

**Paola Mantegazza Pomelli, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Giasi Law, P.A., and Melissa A. Giasi (Tampa), for appellants.

Kobre & Kim LLP, and Gabriela Ruiz, for appellee, Kobre & Kim LLP; Nelson Mullins Broad and Cassel, and Kimberly J. Freedman, Amy Steele Donner, and Erin K. Kolmansberger[1], for appellee, Paola Mantegazza Pomelli.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

_____

[1] A Notice of Waiver of Answer Brief has been filed by appellee Paola Mantegazza Pomelli.

Affirmed.  See Afrazeh v. Miami Elevator Co. of Am., 769 So. 2d 399, 401 (Fla. 3d DCA 2000) (stating a trial court's award of attorney's fees made pursuant to a charging lien will not be disturbed "absent a clear abuse of discretion"); Lopez v. Hernandez, 291 So. 3d 1007, 1009 (Fla. 5th DCA 2020) ("We review a trial court's decision to award a charging lien to an attorney for abuse of discretion."); Bateman v. Serv. Ins. Co., 836 So. 2d 1109, 1111 (Fla. 3d DCA 2003) (reasoning that where an evidentiary hearing is held and the "record contains some competent substantial evidence supporting the fee[,] . . . [including] testimony from the attorney performing the services," a trial court does not abuse its discretion by awarding attorney's fees).